No. 82–862. CONSOLIDATED RAIL CORPORATION v. LE-STRANGE. C. A. 3d Cir. [Certiorari granted, 459 U. S. 1199.] Motion to substitute Lee Ann LeStrange Darrone, as Administratrix of Estate of Thomas LeStrange, in place of respondent Thomas LeStrange, deceased, granted.

No. 82–6080. BAREFOOT v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1169.] Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of Florida for leave to participate in oral argument as *amicus curiae* and for additional time for argument denied.

No. 82–6204. TOLBERT v. UNITED STATES. C. A. 6th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari granted.

No. 82–6472. IN RE LIPSCOMB. Petition for writ of habeas corpus denied.

No. 82–6288. IN RE TYLER. Petition for writ of mandamus denied.

No. 82–1378. IN RE COMEAUX; and

No. 82–1385. IN RE INTERNATIONAL HARVESTER CO. ET AL. Petitions for writs of mandamus and/or prohibition denied.

No. 82–1248. SCHALL, COMMISSIONER OF NEW YORK CITY DEPARTMENT OF JUVENILE JUSTICE v. MARTIN ET AL.; and

No. 82–1278. ABRAMS, ATTORNEY GENERAL OF NEW YORK v. MARTIN ET AL. Appeals from C. A. 2d Cir. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 689 F. 2d 365.